UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CLAUDIA MARCELLA PARRA, as
Personal Representative of the Estate of
Wilfredo Rico Sandoval, deceased

        Plaintiff,

v.                                                                                          Case No:   2:13-cv-381-FtM-38CM

SAFETY-KLEEN SYSTEMS, INC.,

        Defendant.
_____/

## **ORDER**[1]

The parties requested a new case management conference. (Doc. #70). A new case management conference was held before the undersigned on November 3, 2014. At the conference, the parties agreed, and the Court found good cause, to extend each deadline by 60 days but only after the assigned magistrate judge resolves the pending emergency motion. (Doc. #55). Once the emergency motion is ruled on, the Court will issue a new case management and scheduling order which will contain the specific new deadlines for this matter.

**DONE** and **ORDERED** in Fort Myers, Florida this 5th day of November, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.